PROB 12C - (Rev. D/NM-8/2014)                                                                                5928253

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Abraham Navarrette |
| Docket Number: | 1084 5:19CR00145 -001RB |
| Assigned Judge: | Honorable Robert C. Brack, Senior United States District Judge |
| Date of Original Sentence: | 10/14/2021 |
| Original Offense: | Ct. 1: 21 U.S.C. 846 and 21 U.S.C 841(a)(1) and (2) and (b)(1)(A): Conspiracy to Distribute 50 Grams and More of Methamphetamine and 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine<br><br>Count 6: 21 U.S.C. 841(a)(1) and (2), 841(b)(1)(A): Possession with Intent to Distribute 50 Grams and More of Methamphetamine and 18 U.S.C 2: Aiding and Abetting<br><br>Count 8: 21 U.S.C. 841(a)(1) and (2), 841(b)(1)(A): Possession with Intent to Distribute 500 Grams and More of Methamphetamine and 18 U.S.C 2: Aiding and Abetting<br><br>Count 10: 21 U.S.C. 841(a)(1) and (2), 841(b)(1)(B): Possession with Intent to Distribute 50 Grams and More of Methamphetamine and 18 U.S.C 2: Aiding and Abetting<br><br>Count 17: 21 U.S.C. 841(a)(1) and (2), 841(b)(1)(A): Possession with Intent to Distribute 50 Grams and More of Methamphetamine and 18 U.S.C 2: Aiding and Abetting |
| Original Sentence: | BOP: 80 months; TSR: 60 months |
| Date Supervision Commenced: | 11/20/2023 |
| Date Supervision Expires: | 11/19/2028 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Eduardo G. Casteneda, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| MC | You must not unlawfully possess a controlled substance.<br><br>On December 3, 2025, Drug Enforcement Administration (DEA) conducted a search of the defendant's residence and located a small amount of cocaine on his nightstand. |

The maximum statutory penalty: 5 years imprisonment; up to life supervised release.
The revocation range of imprisonment: 8 to 14 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/03/2025.

Submitted:                                              ☒ Concurs

_____                         _____
Eduardo G. Casteneda                                    Renee Camacho
U.S. Probation Officer                                  Assistant U.S. Attorney
Cell #: 575-288-5945


                                                        Date: 12/03/2025